IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

AMY LYNN MISSMAN                                                                    PLAINTIFF

V.                                                      CIVIL ACTION NO.3:13CV278-MPM-DAS

COMMISSIONER OF SOCIAL SECURITY                                     DEFENDANT

ORDER ADOPTING REPORT AND RECOMMENDATION

On consideration of the file and records in this action, the court finds that the Report and Recommendations of the United States Magistrate Judge dated April 1, 2014, was on that date duly served on counsel for plaintiff and defendant via ECF; that more than fourteen days have elapsed since service of the Report and Recommendations and that no objection thereto has been filed by the parties. The court is of the opinion that the Report and Recommendations should be approved and adopted as the opinion of the Court. It is, therefore,

ORDERED:

1. That the Report and Recommendations of the United States Magistrate Judge dated April 1, 2013, be, and it is hereby, approved and adopted, and that the proposed findings of fact and conclusions of law therein set out be, and they are hereby, adopted as the findings of fact and conclusions of law of the court.

2. The defendant's motion to dismiss this action with prejudice, as time-barred is granted, and this action is hereby dismissed with prejudice.

THIS the 30th day of June, 2014.

                                       **/s/ MICHAEL P. MILLS**
                                       **UNITED STATES DISTRICT JUDGE**
                                       **NORTHERN DISTRICT OF MISSISSIPPI**